

# ROSENBAUM & ROSENBAUM, P.C.
### ATTORNEYS AT LAW

100 Wall Street, 15th Floor   New York, NY 10005   Tel 212.514.5007   Fax 212.514.9178   www.rosenbaumnylaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/21
```

April 13, 2021

*Via ECF*
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 20A
New York, New York 10007

Re:   Wiggins v. Liakas Law, P.C., *et al.*,
Action No.: 1:21-cv-00772

Dear Judge Nathan,

This office represents plaintiff Reginald Wiggins in connection with the above-referenced case. The reason for this letter is to seek an adjournment of defendants' motions to dismiss to June 3, 2021, with plaintiff's opposition to be served by May 20, 2021 and defendants' replies due June 3, 2021. This is the first request for an adjournment of the motions and both defendants have consented to the requested adjournment and proposed briefing schedule. The reason we are requesting this adjournment is because we have a very heavy motion calendar this month and would not currently be able to properly and timely oppose defendants' motions.

Respectfully,

By: _____
Matthew T. Gammons, Esq.
Rosenbaum & Rosenbaum, P.C.
100 Wall Street, 15th Floor
New York, New York 10005
212-514-5007
*mg@rosenbaumnylaw.com*

CC:   *Via ECF*
*Catalano Gallardo & Petropoulos, P.C.*
*100 Jericho Quadrangle, Suite 326*
*Jericho, New York 11753*

*Rivkin Radler LLP*
*926 RXR Plaza*
*Uniondale, New York 11556*

4/15/21

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

> The Court hereby adopts the parties' amended motion schedule. In addition, the request to adjourn the initial pretrial conference, Dkt. No. 28, is GRANTED. The initial pretrial conference is hereby adjourned to July 30, 2021 at 3:00 p.m. SO ORDERED.