UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/21
```

Reginald Wiggins,

        Plaintiff,

—v—

Liakas Law, P.C., et al.,

        Defendants.

21-cv-772 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court hereby ADJOURNS the initial conference scheduled for July 30, 2021, *sine die* pending resolution of Defendants' motions to dismiss. The Court will adopt the parties' proposed case management plan and scheduling order by separate order.

    SO ORDERED.

Dated: July 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge