UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
REGINALD WIGGINS,

                Plaintiff,

                                                                  21-cv-772 (PKC)

            -against-                                         ORDER

LIAKAS LAW, P.C., PAUL PRESTIA, ESQ.,
THE PRESTIA LAW FIRM, PLLC,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Case Management Conference set for January 7, 2022 at 3 p.m. (Doc 40) is vacated.

        SO ORDERED.

                                                P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
          January 6, 2022