UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
REGINALD WIGGINS,

                Plaintiff,

                                           21-cv-772 (PKC)

        -against-                        ORDER

LIAKAS LAW, P.C. and PAUL PRESTIA,
ESQ.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        An Order of April 24, 2024 directed plaintiff to file a written update on the status

of the underlying litigation in 90 days and for each 90-day period thereafter.  (ECF 63.)  No such

update has been filed.

        Plaintiff is ordered to file a written update on the status of the underlying

litigation no later than October 8, 2024, or the case will be dismissed for failure to prosecute.

        SO ORDERED.

                                               P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       October 2, 2024