

**CATALANO GALLARDO & PETROPOULOS, LLP**
ATTORNEYS AT LAW
100 JERICHO QUADRANGLE, SUITE 326
JERICHO, NEW YORK 11753

TEL. 516.931.1800
FAX. 516.931.1033

Jenna L. Fierstein
Of Counsel
jfierstein@cgpllp.com

April 29, 2025

**VIA ECF**
Honorable Kevin P. Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 11D
New York, New York 10007

> *Plaintiff shall show cause in writing by May 7, 2025 why the action ought not be dismissed for failure to prosecute.*
> *SO ORDERED.*
> */s/ PKC USDJ 4-29-25*

Re:   *Reginald Wiggins v. Liakas Law, P.C., Paul Prestia, Esq., and The Prestia Law Firm, PLLC*
      1:21-cv-00772-PKC
      Our File No.: 65-2380

Dear Judge Castel:

This firm represents the defendant Liakas Law, P.C. ("Defendant Liakas") in the above-referenced matter. No conference is presently scheduled in this matter. We write pursuant to 1.B. of Your Honor's Individual Practices in Civil Cases, to request enforcement of the Court's Orders at Docket Entries (DEs) 63 and 68, dismissing this matter for Plaintiff's failure to prosecute it.

Pursuant to the Court's Orders at Docket Entries 63 and 68, Plaintiff is to file written updates on the status of his underlying state court litigation every 90 days, or this case "will be dismissed for failure to prosecute."

Plaintiff's most recent letter updating the Court and parties as to the status of his underlying litigation, was filed more than four (4) months ago, on December 19, 2024. DE 72. Accordingly, it is hereby requested that the Court dismiss this action for Plaintiff's failure to prosecute it, in accordance with the Court's Orders.

Thank you for your attention to this matter and consideration of this request. Should you have any questions, or need any further details or submissions to process it, please do not hesitate to contact me.

Respectfully submitted,

*Jenna L. Fierstein*

Jenna L. Fierstein

JLF

cc: **All Counsel Via ECF**